IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-03145-PAB-MEH

FEDERAL DEPOSIT INSURANCE CORPORATION, receiver Amtrust Bank,

    Plaintiff,

v.

TERRANCE G. BROOM,
B&B APPRAISAL, INC., a Colorado corporation,
JOSEPH S. PACE, an individual,
JSP PROPERTIES AND APPRAISAL, a Colorado corporation, and
DOES 1 THROUGH 40, inclusive,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on January 7, 2014.**

    The Defendants' Motion for Extension of Time to Extend the Cut-Off Date to Take the Deposition of Plaintiff [filed January 6, 2014; docket #60] is **granted**. Because the extension affects other deadlines, Paragraph 9 of the Scheduling Order is modified as follows:

    b.    Discovery Cut-off: January 30, 2014

    c.    Dispositive Motion Deadline: February 15, 2014

All other deadlines and conference dates will remain the same.