IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

| | |
|---|---|
| Civil Action No.   12-cv-03145-PAB-MEH | Date:   April 21, 2014 |
| Courtroom Deputy: Cathy Pearson | **FTR – Courtroom A501** |

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION, as receiver, Amtrust Bank,       Plaintiff, | Stephen Dehoff |
| vs. | |
| TERRANCE G. BROOM, B&B APPRAISAL, INC., | Jason Melichar |
| JOSEPH S. PACE, and JSP PROPERTIES AND APPRAISAL,       Defendants. | Keith Boughton |

**COURTROOM MINUTES/MINUTE ORDER**

**TELEPHONIC MOTION HEARING**

**Court in session:      10:02 a.m.**

Court calls case.   Appearances of counsel.

Argument and discussion held regarding Defendants Joseph S. Pace and JSP Properties and Appraisal's Motion to Enforce Settlement (Doc. 78, filed 4/11/14).

Mr. Dehoff is directed to draft a letter to the defendants, addressing their concerns regarding the material terms of the settlement agreement, which counsel for defendants will show to their clients.   The parties will then notify the Court on their positions.

The Court takes the motion under advisement.

**Court in recess:        10:37 a.m.   (Hearing concluded)**
**Total time in court:**  0:35

To obtain a transcript of this hearing, please contact Avery Woods Reporting at (303)825-6119.