IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

| | |
|---|---|
| Civil Action No.  12-cv-03145-PAB-MEH | Date:  June 10, 2014 |
| Courtroom Deputy: Cathy Pearson | **FTR – Courtroom A501** |

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION, | Stephen Dehoff |
| Plaintiff, | |
| vs. | |
| TERRANCE G. BROOM, | Jason Melichar |
| B&B APPRAISAL, INC., | |
| JOSEPH S. PACE, and | Keith Boughton |
| JSP PROPERTIES AND APPRAISAL, | |
| Defendants. | |

**COURTROOM MINUTES/MINUTE ORDER**

**MOTION HEARING**

**Court in session:**    3:28 p.m.

Court calls case.    Appearances of counsel.

Argument and discussion held regarding Defendants Joseph S. Pace and JSP Properties and Appraisal's Motion to Enforce Settlement (Doc. #78, filed 4/11/14).

**ORDERED:**  The Court takes Defendants Joseph S. Pace and JSP Properties and Appraisal's Motion to Enforce Settlement (Doc. #78, filed 4/11/14) under advisement.

**Court in recess:**       4:35 p.m.    (Hearing concluded)
**Total time in court:**  1:07

To obtain a transcript of this hearing, please contact Avery Woods Reporting at (303)825-6119.